July 7, 2008

Ruchell Cinque Magee
3A5-142  #A92051
Box 3461, CSP
Corcoran, CA 93212

Clerk Of Court

U.S. . District Court, Northern District

450 Golden Gate Avenue
San Francisco, CA 94102

CV 08 3445

Re: Ruchell Cinque Magee vs-
Peter Flores, JR., Thelton E.
Henderson, et al.,

To:   Respectable Clerk c/o
      Judge Vaughn R. Walker,

You are requested to direct hearing on the acquittal and allow the truth to come out .

The racist Bill Clinton's need to know that senator O'Bama is not along in the demand for change.

Thelton E. Henderson is asked to disqualify from this case, along with the judges Jensen and Conti.

The jury acquittal is plain evidence in the records.

Allow a common sense hearing in this matter.

Let those concealing the acquittal speak for themselves, and get the hell out the court door.

Thanks,

*Ruchell Cinque Magee*
RUCHELL CINQUE MAGEE

CC
CC