U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT CALIFORNIA

FILED
08 JUL 17 AM 11:13

E-filing

CV 08     3445

Ruchell Cinque Magee )    NO. _____
　) 
  and in behalf of all )
  sane Americans ) STATEMENT FOR DISQUALIFICATION
  vs- ) OF THELTON E. HENDERSON, judge
Peter Flores, Jr., )
Thelton E. Henderson, et al., )

I, Ruchell Cinque Magee, plaintiff herein depose and allege:

That I cannot receive a fair hearing before Thelton E. Henderson, judge, in this matter.

Judge Henderson is named defendant in this matter, and as a judge in this case would further endanger the plaintiff's life.

Judge Henerderson joined by judges Samuel Conti and D. Lowell Jensen has committed a fraud by inventing gag rules - denying jury acquittal spech regarding acquittal concealed by a mob involving defendant Peter Flores, jr., as showing bu the civil Complaint.

Jensen and Conti's gag rule has been found and ruled unconstitutional May 2, 2005 by judge Vaughn Walker. Henderson,

1

was placed in the case by the prosecution to continue DOUBLE JEOPARDY PROSECUTION - inventing fraudulently documents to deny access to court, and distract attention away from the acquittal and other evidence.

The jury acquittal is verified by the jurors.
Habeas Corpus showing the acquittal has been criminally talked over by corrupted judges Conti- Jensen and others under mob control and told what to do.

The acquittal bar all gag rules, and proves corrupted judges acting in a racist murder plot - making up fraudulently documents, Bill Clinton style, as they goes along, violating Constitutional rights of the plaintiff.

Bill Clinton's Anti-writ of habeas corpus proves to be racist garbage used by criminals to assault the jury system, and violate the right of people subjected to hate crimes.

This case exposed will help Senator Barake O'Bama see and understand that the Clinton's are racist pigs, and behind the criminal acts committed by corrupted judges.

The acquittal is bigger than all of the Hendersons and judge Jensens, and Clintons.

The Acquittal represent justice of the people against racism.

WHEREFORE, pursuant to 28 U.S.C. § 144, judge Thelton e. Henderson will step away from the case.
I certify under penalty of perjury the foregoing is true and correct.

Dated: July 7, 2008

*Ruchell Cinque Magee*
RUCHELL Cinque Magee

2

UNITED STATES DISTRICT COURT

NORTHERN --------------DISTRICT OF CALIFORNIA

RUCHELL CINQUE MAGEE )  Number _____
)
vs- )
)  PROOF OF SERVICE
Peter Flores, Jr., Thelton E. )
Henderson, et al., )

I hereby Certify that on July 7, 2008, I served a copy of the attached Complaint Under The Civil Rights Act _____, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at Corcoran, California :

Thelton E. Henderson, judge
U.S. District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

Commission Doe One
Board Of Parole Hearing
    Lifer Unit
P.O. Box 4036
Sacramento, CA 95812-4036

Peter Flores, Jr.
  Deputy Attorney General
455 Golden Gate Avenue
San Francisco, CA 94102

Ashelly B.
c/o Anti-racist Action
    Publishers
Culver City, CA 90232-1055

I declare under penalty of perjury the foregoing is true and correct.

*(signature)* Ruchell Cinque Magee
RUCHELL CINQUE MAGEE