```
Ruchell Cinque Magee
3A5-142 #A92051
Box 3461,  CSP
Corcoran,  CA  93212
```

FILED
08 JUL 24 PH 3:31
[Clerk, U.S. District Court stamp]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RUCHELL CINQUE MAGEE )
 )
             Plaintiff, ) CASE NO. 8-3445 JF
 ) (~~C-05-8007-MISC-JRW~~)
vs. ) PRISONER'S
 ) APPLICATION TO PROCEED
Peter Flores; Thelton E. ) IN FORMA PAUPERIS
 )
Henderson, et al Defendants )
 )

I, __RUCHELL C. Magee__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____   Net: _____N/A_____

Employer: _____N/A_____   _____N/A_____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 1 -

1 and wages per month which you received. (If you are imprisoned, specify the last place of
2 employment prior to imprisonment.)

      1963   - N/A

      Eddie Carmichaer   Panting Company

      Compton

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment     Yes ___ No _X_

    b. Income from stocks, bonds, or royalties?     Yes ___ No _X_

    c. Rent payments?     Yes ___ No _X_

    d. Pensions, annuities, or life insurance payments?     Yes ___ No _X_

    e. Federal or State welfare payments, Social Security or other government source?     Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

    N/A

3. Are you married?     Yes ___ No _X_

Spouse's Full Name: ___N/A___

Spouse's Place of Employment: ___N/A___

Spouse's Monthly Salary, Wages or Income:

Gross $___0___     Net $___0___

4.  a. List amount you contribute to your spouse's support : $ ___0___

   b. List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____     - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _____N/A_____
4  _____

5  5.  Do you own or are you buying a home?   Yes ____ No __X__
6  Estimated Market Value: $____0____ Amount of Mortgage: $____0____
7  6.  Do you own an automobile?   Yes ____ No ____
8  Make ____N/A____ Year __N/A__ Model ____N/A____
9  Is it financed? Yes ____ No __X__ If so, Total due: $ ____0____
10 Monthly Payment: $ ____0____
11 7.  Do you have a bank account? Yes ____ No __X__ (Do not include account numbers.)
12 Name(s) and address(es) of bank: ____N/A____
13 _____
14 Present balance(s): $ ____0____
15 Do you own any cash? Yes ____ No __X__ Amount: $ ____0____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.) Yes ____ No __X__
18 _____
19 8.  What are your monthly expenses?
20 Rent: $ ____0____ Utilities: ____N/A____
21 Food: $ ____0____ Clothing: ____N/A____
22 Charge Accounts:
23 Name of Account          Monthly Payment          Total Owed on This Acct.
24 ____N/A____              $ ____0____              $ ____0____
25 _____              $ _____             $ _____
26 _____              $ _____             $ _____
27 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____            - 3 -

N/A

10.   Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?                                    Yes ✗ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

*In Re Ruchell C. Magee, No. C-05-8007 MISC VRW - (N.D. Cal. May 2, 2005).*

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

July 9, 2008                                   /s/ Ruchell C. Magee/
────────────                          ──────────────────────────
DATE                                           SIGNATURE OF APPLICANT

                                                Ruchell Cinque Magee

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 4 -

|   |   |
|---|---|
| 1 |   |
| 2 | Case Number: _____ |

### CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Ruchell Magee_ for the last six months at

[prisoner name]

_CSP-Corcoran_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _4.17_ DG and the average balance in the prisoner's account each month for the most recent 6-month period was $ _4.17_

Dated: _7/14/08_            _O. Leas  ACII_

[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                              REPORT DATE: 07/14/08
                                                            PAGE NO:      1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CALIF. STATE PRISON CORCORAN
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 14, 2008

ACCOUNT NUMBER : A92051                BED/CELL NUMBER: 3A0500000000142L
ACCOUNT NAME   : MAGEE, RUCHELL        ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ----  -----------    -------   ---------  --------   -----------   -------

01/01/2008   BEGINNING BALANCE                                              0.00

03/19*D300  CASH DEPOSIT    3465/18433            25.00                    25.00
03/19 W215  FEDERAL FILIN   3471/F F                            5.00       20.00
03/19 W220  STATE FILING    3471/F F                            3.62       16.38
03/25 W512  LEGAL POSTAGE   3581 03 01                          1.14       15.24
04/01 W512  LEGAL POSTAGE   3642 03 27                          0.75       14.49
04/01 W516  LEGAL COPY CH   3647 03 28                          2.50       11.99
04/02 W512  LEGAL POSTAGE   3689 03 03                          0.58       11.41
04/09 W512  LEGAL POSTAGE   3842 03 11                          1.48        9.93
04/17 W512  LEGAL POSTAGE   3968 03 20                          2.15        7.78
04/17 W512  LEGAL POSTAGE   3968 03 20                          2.66        5.12
04/17 W512  LEGAL POSTAGE   3968 03 20                          1.14        3.98
05/01 W512  LEGAL POSTAGE   4200 03 30                          2.67        1.31
05/01 W512  LEGAL POSTAGE   4200 04 02                          1.31        0.00


                          CURRENT HOLDS IN EFFECT
  DATE      HOLD
 PLACED     CODE        DESCRIPTION           COMMENT      HOLD AMOUNT
---------   ----  -----------------------   -----------    -----------
06/23/2008  H109  LEGAL POSTAGE HOLD        5036 06 18          2.19
06/25/2008  H109  LEGAL POSTAGE HOLD        5085 06 23          4.80
06/26/2008  H118  LEGAL COPIES HOLD         5098 06 23          1.00
06/26/2008  H118  LEGAL COPIES HOLD         5098 06 23          1.00
07/09/2008  H109  LEGAL POSTAGE HOLD        0148 07 07          4.80
07/10/2008  H109  LEGAL POSTAGE HOLD        0163/07 08          2.02

                           TRUST ACCOUNT SUMMARY
 BEGINNING     TOTAL        TOTAL         CURRENT      HOLDS        TRANSACTIONS
  BALANCE     DEPOSITS   WITHDRAWALS      BALANCE     BALANCE       TO BE POSTED
------------ ----------  ------------  ------------  ----------    --------------
    0.00       25.00        25.00          0.00        15.81            0.00

                                                   CURRENT
                                                  AVAILABLE
                                                   BALANCE
                                                  ----------
                                                     15.81
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 7/14/2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
       TRUST OFFICE

Ruchell Cinque Magee
3A5 -142   #A92051
Box 3461, CSP
Corcoran, CA 93212

OFFICE OF CLERK
U.S. District Court For The
  Northern District
450 Golden Gate Avenue
San Francisco, CA 94102
94102$3661 C004

US POSTAGE

