FILED
08 AUG 28 PM 12:33

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08  3445

Ruchell Cinque MAGEE

          Plaintiff,

vs.

Peter Flores, JR

          Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

JF
(PR)

    I, __RUCHELL C. MAGEE__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___N/A_____ Net: ___N/A_____

Employer: ___N/A_____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1. If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

   N/A

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment    Yes ___ No X

   b. Income from stocks, bonds, or royalties?    Yes ___ No X

   c. Rent payments?    Yes ___ No X

   d. Pensions, annuities, or life insurance payments?    Yes ___ No X

   e. Federal or State welfare payments, Social Security or other government source?    Yes ___ No X

   If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

   N/A

3. Are you married?    Yes ___ No X

   Spouse's Full Name: N/A

   Spouse's Place of Employment: N/A

   Spouse's Monthly Salary, Wages or Income:
   Gross $ 0    Net $ 0

4. a. List amount you contribute to your spouse's support: $ 0

| | | |
|---|---|---|
|1| b. | List the persons other than your spouse who are dependent upon you for |
|2| | support and indicate how much you contribute toward their support. (NOTE: |
|3| | For minor children, list only their initials and ages. DO NOT INCLUDE |
|4| | THEIR NAMES.). |

   N/A

5. Do you own or are you buying a home?  Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ___ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ___ No _X_ If so, Total due: $ _____

Monthly Payment: $ __0__

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____N/A_____

Present balance(s): $ __0__

Do you own any cash? Yes ___ No _X_ Amount: $ __0__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

8. What are your monthly expenses?

Rent: $ __0__ Utilities: __N/A__

Food: $ __0__ N/A Clothing: __N/A__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ 0 | $ 0 |
| | $ | $ |
| | $ | $ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS    -3-

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

In Re Ruchell C. Magee, No. C-05-80075 MISC-VRW, N.D. Cal. (May 2, 2005)

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/25/2008

DATE                                        SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 4 -

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __MAGEE, Ruchell__ for the last six months
[prisoner name]
__CSP- Corcoran__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __4.17__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __6.80__.

Dated: __7-31-08__     _Angela B. Mavroulis_
                        [Authorized officer of the institution]
                        Acct. Clk II

```
REPORT ID: TS3030  .701                           REPORT DATE: 07/31/08
                                                  PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                     CALIF. STATE PRISON CORCORAN
                     INMATE TRUST ACCOUNTING SYSTEM
                     INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 31, 2008

ACCOUNT NUMBER : A92051              BED/CELL NUMBER: 3A0500000000142L
ACCOUNT NAME   : MAGEE, RUCHELL        ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT     CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ----  -----------    -------     ---------  --------   -----------   -------

01/01/2008   BEGINNING BALANCE                                               0.00

03/19*D300 CASH DEPOSIT   3465/18433              25.00                     25.00
03/19 W215 FEDERAL FILIN  3471/F F                              5.00        20.00
03/19 W220 STATE FILING   3471/F F                              3.62        16.38
03/25 W512 LEGAL POSTAGE  3581 03 01                            1.14        15.24
04/01 W512 LEGAL POSTAGE  3642 03 27                            0.75        14.49
04/01 W516 LEGAL COPY CH  3647 03 28                            2.50        11.99
04/02 W512 LEGAL POSTAGE  3689 03 03                            0.58        11.41
04/09 W512 LEGAL POSTAGE  3842 03 11                            1.48         9.93
04/17 W512 LEGAL POSTAGE  3968 03 20                            2.15         7.78
04/17 W512 LEGAL POSTAGE  3968 03 20                            2.66         5.12
04/17 W512 LEGAL POSTAGE  3968 03 20                            1.14         3.98
05/01 W512 LEGAL POSTAGE  4200 03 30                            2.67         1.31
05/01 W512 LEGAL POSTAGE  4200 04 02                            1.31         0.00

                          CURRENT HOLDS IN EFFECT
  DATE       HOLD
 PLACED      CODE       DESCRIPTION            COMMENT        HOLD AMOUNT
----------   ----   -----------------------   ----------      -----------
07/09/2008   H109   LEGAL POSTAGE HOLD        0148 07 07           4.80
07/10/2008   H109   LEGAL POSTAGE HOLD        0163/07 08           2.02
07/18/2008   H109   LEGAL POSTAGE HOLD        0324/7-16            1.85
07/21/2008   H118   LEGAL COPIES HOLD         0342 07 16           4.40
07/21/2008   H118   LEGAL COPIES HOLD         0342 07 16           6.90
07/21/2008   H118   LEGAL COPIES HOLD         0342 07 18           2.80
07/25/2008   H109   LEGAL POSTAGE HOLD        0419/07-22           1.51
07/30/2008   H109   LEGAL POSTAGE HOLD        0463 07 28           1.68

                          TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL       TOTAL        CURRENT       HOLDS       TRANSACTIONS
  BALANCE    DEPOSITS   WITHDRAWALS     BALANCE      BALANCE      TO BE POSTED
----------- ----------- ------------- ------------ ------------ ---------------
    0.00       25.00       25.00         0.00        25.96          0.00

                                            CURRENT
                                           AVAILABLE
                                            BALANCE
                                           ---------
                                             25.96-
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-31-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Angela Mavrogally_
TRUST OFFICE
Acct. Clk II

Trust Office
Litigation Unit
Corcoran -Prison
P.O. Box 8800
Corcoran, CA 93212

Jul 25, 2008

Re:  Civ- 08  3445 JF

REQUEST CERTIFICATE OF PRISON ACCOUNT.

Court papers enclosed.

*R. Cinque Magee*   CDC # A92051
3A5- 142

RECEIVED TRUST OFFICE
08 JUL 30 PM 11:01

Ruchell Cinque Magee
3A5-142 #A92051

Box 3461, CSP
Corcoran, CA  93212

CORCORAN STATE PRISON

016H2654135
$00.59⁰
Mailed From 93212
US POSTAGE

Office Of Clerk
U.S. District Court
Northern District
450 Golden Gate Ave.
San Francisco, CA  94102

94102$6561 C004



CORCORAN STATE PRISON

Mailer

016H26504185
$00.000
US POSTAGE